Faisal Gill
Gill Law Firm
1717 Pennsylvania Ave NW
Suite 1025
Washington DC 20006
310-418-6675
213-260-8255 (fax)
Fgill@glawoffice.com

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| BAHRAM SHAKERI  )<br>  )<br>  )<br>   Plaintiff   )<br>  )<br>  )<br>  )<br>MGM NATIONAL HARBOR, LLC )<br>  )<br>  )<br>   Defendant   ) | COMPLAINT |

**NATURE OF ACTION**

1. This is an action brought by Bahram Shakeri against MGM National Harbor, LLC for gross negligence in failing to keep their patrons reasonably safe from harm.

**PARTIES**

2. Plaintiff Bahram Shakeri is a resident of the Commonwealth of Virginia, with his address at 7131 Royal Fern Circle Apt 202, Manassas, VA 20111.

3. MGM National Harbor, LLC is a limited liability company registered to do business in the State of Maryland, with its principal office located at 3950 Las Vegas Blvd South, Las

1

Vegas, NV 89119, and its physical address located at 101 MGM National Ave, Forest Heights, MD 20745.

## JURISDICTION AND VENUE

4. This court has jurisdiction pursuant to 28 U.S.C. § 1332.

5. Venue is proper because a substantial part of the events that support this cause of action all occurred within the district.

## FACTUAL BACKGROUND

6. On or about January 21, 2020, Mr. Shakeri was at MGM National Harbor in the High Limit Gaming area when Delonte West attacked him for the first time.

7. Mr. West is a widely known former NBA player who is known for battling issues of mental health and violence, including being convicted of weapons charges.

8. Despite the amount of money being transacted in that specified area and the notoriety of Mr. West and his issues with mental health and violence, no security or MGM representatives kept Mr. West from entering the area and assaulting Mr. Shakeri.

9. Mr. Shakeri tried to get away to calm the situation down, but he was followed and harassed by Mr. West throughout the casino without any approach from any representative from MGM.

10. Then when he tried to leave the premises, Mr. West continued to attack and harass Mr. Shakeri while Mr. Shakeri continued to attempt to get away from Mr. West.

11. Mr. West was able to follow Mr. Shakeri out of the premises and follow his car until, finally, a fight broke out near the 6700 block of Oxon Hill road when Mr. West threw a glass at Mr. Shakeri's head.

12. Despite seeing Mr. Shakeri be approached, threatened and attacked by Mr. West, no representative of MGM ever approached Mr. West to ask him to walk away from Mr. Shakeri or to leave the premises.

13. As a result of Defendant's inaction and gross negligence, Mr. West was able to follow Mr. Shakeri and attack him multiple times throughout the premises of MGM National Harbor, finally sparking bystanders to take video footage that later sparked worldwide attention through its publication on TMZ.

14. As a result, Mr. Shakeri suffered severe emotional distress and harm.

15. As a result, Mr. Shakeri suffered damages in an amount to be determined at trial, but no less than $5,000,000.00.

## COUNT I
## GROSS NEGLIGENCE

16. Plaintiff reasserts and reiterates allegations in par 1-15 as if set forth herein.

17. Companies like Defendant that operate public spaces such as casinos have a responsibility to provide well maintained, safe environments for their customers.

18. By not providing adequate security and monitoring of the premises, Defendant breached its duty of providing a safe environment.

19. By witnessing Mr. Shakeri be verbally and physically attacked by Mr. West without taking any action to stop the assault or remove Mr. West from the premises, Defendant breached its duty of providing a safe environment.

20. As a result of Defendant's negligence, Mr. Shakeri was physically harmed by Mr. West.

21. As a result of Defendant's negligence, Mr. Shakeri suffered emotional distress and harm.

COMPLAINT

22. As a result of Defendant's negligence, Mr. Shakeri suffered damages in an amount to be determined at trial, but no less than $5,000,000.00.

## CONCLUSION

WHEREFORE, the Plaintiff respectfully requests that this Court:

1. Award Plaintiff any and all financial, economic and compensatory damages entitled to by law, as determined by a jury, on Counts I; in addition
2. Award Plaintiff other monetary damages that they may be entitled to under the law; in addition
3. Award appropriate pre-judgment and post judgment interest; in addition
4. Award expert fees and attorney's fees and cost of this action as may be permitted by law; in addition
5. Award any other relief the Court deems just and appropriate.

**JURY TRIAL DEMANDED**

PLAINTIFF DEMANDS A JURY BY TRIAL ON ALL COUNTS.

Respectfully Submitted,

/S/ FAISAL GILL_____
Faisal Gill (SBN 463416)